RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9 / 21 / 11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JULIUS WARNER MARACALIN   DOCKET NO. 11-CV-935; SEC. P
#02617-095

VERSUS   JUDGE DEE D. DRELL

FEDERAL BUREAU OF PRISONS, ET AL.   MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of September, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE